# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| KAREN SNIDER, individually and as parent, ) | |
| legal guardian, and next friend of minor child, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0031 |
| ) | Judge Trauger |
| FRASIER, FRASIER AND HICKMAN L.L.P, ) | Magistrate Judge Bryant |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

On August 11, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **TRANSFERRED** to the Northern District of Oklahoma, as it has been filed in the wrong venue.

It is so **ORDERED.**

Enter this 9th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge